<u>COURTROOM MINUTES</u>

JUDGES <u>Hittner</u> PRESIDING

COURTROOM CLERK   <u>E. Alexander</u>

COURT REPORTER   <u>Bruce Slavin</u>

LAW CLERK   <u>Marti Cherry/Elizabeth Bolt</u>

MORNING SESSION <u>9:35-9:36</u>   AFTERNOON SESSION _____   DATE: <u>4/24/08</u>

---

<u>DOCKET ENTRY</u>

(DH) <u>H-MC-08-84</u>   (Rptr- <u>Slavin</u>)
(PROCEEDINGS: <u>Hearing</u>)

<u>USA</u>   V. <u>Robert A. McNeil</u>

Appearances: <u>For Plaintiff: Kathryn Bellis</u>

<u>For Defendant: no appearance</u>

<u>Show Cause Hearing held.  Order to issue.</u>

Witnesses: