IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 08-MC-84 |
| ROBERT A. MCNEIL, | ) |
| Respondent. | ) |

MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF THE COURT:

The United States of America files this Motion to Dismiss for the reason that the respondent has complied with the summonses.

WHEREFORE, the United States of America respectfully requests that this court enter an order discharging the order to show cause and dismissing this action with prejudice.

Respectfully submitted,

DONALD J. DEGABRIELLE, JR.
United States Attorney

By: _____ 2/24/08
M. KATHRYN BELLIS
Special Assistant
United States Attorney
S.D. Texas Bar No. 31985
Texas State Bar No. 02107130
8701 S. Gessner, Suite 710
Houston, Texas  77074
Telephone: (281) 721-7300
Facsimile: (281) 721-7343